UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Cynthia Russell Balaber,<br><br>   Plaintiff,<br>v.<br><br>CompuCredit Corporation; and DOES 1-10, inclusive,<br><br>   Defendant. | Civil Action No.: 3:10-cv-636-CSH |

NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
PURSUANT TO RULE 41(a)

Cynthia Russell Balaber ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: July 21, 2010

>Respectfully submitted,
>
>PLAINTIFF, Cynthia Russell Balaber
>
>/s/ Sergei Lemberg
>
>Sergei Lemberg, Esq.
>LEMBERG & ASSOCIATES L.L.C.
>1100 Summer Street, 3rd Floor
>Stamford, CT 06905
>Telephone: (203) 653-2250
>Facsimile: (877) 795-3666
>slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2010, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg

Sergei Lemberg